| | | | | | |
|---|---|---|---|---|---|
| SEQ 000043 | | | | | |
| Company Code | Loc/Dept | Number | Page | | |
| K8 / F4C 24569537 | 01/35248 | 4077466 | 1 of 1 | | |

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

# Earnings Statement 

Period Starting: 06/04/2021
Period Ending: 06/10/2021
Pay Date: 06/17/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

**Krystel M Frearson**
**158 Milford Street Apt 24**
**Rochester, NY 14615**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 13296.70 |
| Overtime | 21.7500 | 2.35 | 51.11 | 414.78 |
| Holiday OT | | | 0.00 | 116.80 |
| **Gross Pay** | | | **$631.11** | **$13,828.28** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -62.79 | 1348.77 |
| Social Security | -39.13 | 857.35 |
| Medicare | -9.15 | 200.51 |
| New York State Income | -24.65 | 513.15 |
| New York Paid Family Leave | -3.22 | 70.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 14.40 |

| **Net Pay** | | **$491.57** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 1.33 | 30.83 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 30.83 |
| Total Hours Worked | 42.35 | 941.45 |

**Doing Business As**
35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $631.11

©1998, 2006, ADP, Inc.  All Rights Reserved.

▽ TEAR HERE

```
SEQ 000036
Company Code      Loc/Dept    Number    Page
K8 / F4C 24569537 01/35248    4067445   1 of 1
MRC 414 Inc
1581 Titus
Irondequoit, NY 14622
```

# Earnings Statement

**ADP**

Period Starting:   05/28/2021
Period Ending:     06/03/2021
Pay Date:          06/10/2021

Business Phone:    585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:  0                  Federal:
  State:    0                  State:
  Local:    0                  Local:
Social Security Number:      XXX-XX-XXXX

**Krystel M Frearson**
**158 Milford Street Apt 24**
**Rochester, NY 14615**

| Earnings   | rate    | hours/units | this period | year to date |
|------------|---------|-------------|-------------|--------------|
| Regular    | 14.5000 | 37.70       | 546.65      | 12716.70     |
| Overtime   |         |             | 0.00        | 363.67       |
| Holiday OT |         |             | 0.00        | 116.80       |
| Gross Pay  |         |             | $546.65     | $13,197.17   |

| Statutory Deductions        | this period | year to date |
|-----------------------------|-------------|--------------|
| Federal Income              | -52.66      | 1285.98      |
| Social Security             | -33.89      | 818.22       |
| Medicare                    | -7.93       | 191.36       |
| New York State Income       | -19.62      | 488.50       |
| New York Paid Family Leave  | -2.79       | 67.43        |

| Voluntary Deductions        | this period | year to date |
|-----------------------------|-------------|--------------|
| New York voluntary disability | -0.60     | 13.80        |

| Net Pay | $429.16 | |

| Other Benefits and Information | this period | year to date |
|--------------------------------|-------------|--------------|
| Sick                           |             |              |
| - Carry Over                   |             | 0.00         |
| - Accrued Hours                | 1.26        | 29.49        |
| - Taken Hours                  | 0.00        | 0.00         |
| - Balance                      |             | 29.49        |
| Total Hours Worked             | 37.70       | 899.10       |

**Doing Business As**
35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $546.65
The accrued hours on your Sick Plan may not be available until your
90th day of employment

© 1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

| | | | | |
|---|---|---|---|---|
| SEQ 000032 | | | | |
| Company Code | Loc/Dept | Number | Page | |
| K6 / F40 245695357 | 07/35248 | 4056964 | 1 of 1 | |

MRC 404 Inc
1631 Titus
Irondequoit, NY 14622

# Earnings Statement

**ADP**

Period Starting: 05/21/2021
Period Ending: 05/27/2021
Pay Date: 06/03/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0          Federal:
  State: 0            State:
  Local: 0            Local:
Social Security Number: XXX-XX-XXXX

**Krystel M Frearson**
**158 Milford Street Apt 24**
**Rochester, NY 14615**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 12170.05 |
| Overtime | 21.7500 | 0.22 | 4.79 | 363.67 |
| Holiday OT | | | 0.00 | 116.80 |
| **Gross Pay** | | | **$584.79** | **$12,650.52** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -57.23 | 1133.32 |
| Social Security | -36.25 | 784.33 |
| Medicare | -8.48 | 183.43 |
| New York State Income | -21.89 | 468.68 |
| New York Paid Family Leave | -2.99 | 64.64 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 13.20 |

**Net Pay** $457.35

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|  Carry Over | | 0.00 |
|  Accrued Hours | 1.33 | 28.24 |
|  Taken Hours | 0.00 | 0.00 |
|  Balance | | 28.24 |
| Total Hours Worked | 40.22 | 851.40 |

**Doing Business As**

35248A 7-Eleven
1631 Titus
Irondequoit, NY 14622

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $584.79
The accrued hours on your Sick Plan may not be available until your 90th day of employment

©1998, 2005, ADP, Inc. All Rights Reserved.

TEAR HERE

# Earnings Statement

Period Starting: 05/14/2021
Period Ending: 05/20/2021
Pay Date: 05/27/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 37.22 | 539.69 | 11590.05 |
| Overtime | | | 0.00 | 358.88 |
| Holiday OT | | | 0.00 | 116.80 |
| Gross Pay | | | $539.69 | $12,065.73 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -51.82 | 1176.09 |
| Social Security | | -33.47 | 748.08 |
| Medicare | | -7.82 | 174.95 |
| New York State Income | | -19.21 | 446.99 |
| New York Paid Family Leave | | -2.76 | 61.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.60 |

| Net Pay | | $424.01 | |
|---|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 1.24 | 26.91 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 26.91 |
| Total Hours Worked | 37.22 | 821.18 |

Doing Business As
35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $539.69
The accrued hours on your Sick Plan may not be available until your 90th day of employment

---

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

63-8413/2670

Payroll Check Number: 4046690
Pay Date: 05/27/2021

Pay to the order of: Krystel M Frearson
This amount: FOUR HUNDRED TWENTY FOUR AND 01/100

$424.01

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

THIS IS NOT A CHECK

JPMorgan Chase Bank,
2 Fifth Avenue
New York, NY 10010

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K8 / F4C 24569537 | 01/35248 | 4036813 | 1 of 1 |

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

# Earnings Statement



Period Starting: 05/07/2021
Period Ending: 05/13/2021
Pay Date: 05/20/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 31.17 | 451.97 | 11050.36 |
| Overtime | | | 0.00 | 358.88 |
| Holiday OT | | | 0.00 | 116.80 |
| Gross Pay | | | $451.97 | $11,526.04 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -41.29 | 1124.27 |
| Social Security | -28.02 | 714.61 |
| Medicare | -6.56 | 167.13 |
| New York State Income | -14.04 | 427.78 |
| New York Paid Family Leave | -2.31 | 58.89 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.00 |

| Net Pay | | $359.15 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 1.04 | 25.67 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 25.67 |
| Total Hours Worked | 31.17 | 783.96 |

Doing Business As

35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $451.97
The accrued hours on your Sick Plan may not be available until your 90th day of employment

---

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

63-8413/2670

Payroll Check Number: 4036813
Pay Date: 05/20/2021

**THIS IS NOT A CHECK**

Pay to the order of: Krystel M Frearson
This amount: THREE HUNDRED FIFTY NINE AND 15/100

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$359.15

JPMorgan Chase Bank, N.A.
82 Fifth Avenue
New York, NY 10010

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| K8 / F4C 24569537 | 01/35248 | 4027488 | 1 of 1 | | |
| MRC 414 Inc | | | | | |
| 1581 Titus | | | | | |
| Irondequoit, NY 14622 | | | | | |

Period Starting: 04/30/2021
Period Ending: 05/06/2021
Pay Date: 05/13/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal: 0                  Federal:
  State: 0                    State:
  Local: 0                    Local:
Social Security Number: XXX-XX-XXXX

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 10598.39 |
| Overtime | 21.7500 | 1.07 | 23.27 | 358.88 |
| Holiday OT | | | 0.00 | 116.80 |
| Gross Pay | | | $603.27 | $11,074.07 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -59.45 | 1082.98 |
| Social Security | -37.40 | 686.59 |
| Medicare | -8.74 | 160.57 |
| New York State Income | -22.99 | 413.74 |
| New York Paid Family Leave | -3.08 | 56.58 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 11.40 |

| Net Pay | | $471.01 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 1.33 | 24.63 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.63 |
| Total Hours Worked | 41.07 | 752.79 |

Doing Business As
35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $603.27
The accrued hours on your Sick Plan may not be available until your 90th day of employment

63-8413/2670

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

Payroll Check Number: 4027488
Pay Date: 05/13/2021

Pay to the order of: Krystel M Frearson
This amount: FOUR HUNDRED SEVENTY ONE AND 01/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$471.01

Morgan Chase Bank,
2 Fifth Avenue
New York, NY 10010

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K8 / F4C 24569537 | 01/35248 | 4017145 | 1 of 1 |

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

# Earnings Statement

![ADP]

Period Starting: 04/23/2021
Period Ending: 04/29/2021
Pay Date: 05/06/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 0   Federal:
 State: 0    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 37.57 | 544.77 | 10018.39 |
| Overtime | | | 0.00 | 335.61 |
| Holiday OT | | | 0.00 | 116.80 |
| Gross Pay | | | $544.77 | $10,470.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -52.43 | 1023.53 |
| Social Security | -33.78 | 649.19 |
| Medicare | -7.90 | 151.83 |
| New York State Income | -19.51 | 390.75 |
| New York Paid Family Leave | -2.78 | 53.50 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.80 |

| Net Pay | | $427.77 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 1.25 | 23.30 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 23.30 |
| Total Hours Worked | 37.57 | 711.72 |

Doing Business As

35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $544.77
The accrued hours on your Sick Plan may not be available until your 90th day of employment

---

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

63-8413/2670

Payroll Check Number: 4017145
Pay Date: 05/06/2021

THIS IS NOT A CHECK

Pay to the order of: Krystel M Frearson
This amount: FOUR HUNDRED TWENTY SEVEN AND 77/100

$427.77

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

JPMorgan Chase Bank,
2 Fifth Avenue
New York, NY 10010

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K8 / F4C 24569537 | 01/35248 | 4017158 | 1 of 1 |

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

# Earnings Statement

![ADP]

Period Starting: 04/16/2021
Period Ending: 04/22/2021
Pay Date: 04/29/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0      Federal:
  State: 0        State:
  Local: 0        Local:
Social Security Number: XXX-XX-XXXX

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 39.15 | 567.68 | 10018.39 |
| Overtime | | | 0.00 | 335.61 |
| Holiday OT | | | 0.00 | 116.80 |
| Gross Pay | | | $567.68 | $10,470.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -55.18 | 1023.53 |
| Social Security | -35.19 | 649.19 |
| Medicare | -8.23 | 151.83 |
| New York State Income | -20.86 | 390.75 |
| New York Paid Family Leave | -2.90 | 53.50 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.80 |

| Net Pay | $444.72 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 23.30 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 23.30 |
| Total Hours Worked | 39.15 | 711.72 |

**Doing Business As**

35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $567.68
The accrued hours on your Sick Plan may not be available until your 90th day of employment

---

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

63-8413/2670

Payroll Check Number: 4017158
Pay Date: 04/29/2021

**THIS IS NOT A CHECK**

Pay to the order of: Krystel M Frearson
This amount: FOUR HUNDRED FORTY FOUR AND 72/100

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$444.72

JPMorgan Chase Bank,
02 Fifth Avenue
New York, NY 10010

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K8 / F4C 24569537 | 01/35248 | 3999987 | 1 of 1 |

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

# Earnings Statement

Period Starting: 04/09/2021
Period Ending: 04/15/2021
Pay Date: 04/22/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 8905.94 |
| Overtime | 21.7500 | 9.50 | 206.63 | 335.61 |
| Holiday OT | | | 0.00 | 116.80 |
| Gross Pay | | | $786.63 | $9,358.35 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -81.45 | 915.92 |
| Social Security | -48.77 | 580.22 |
| Medicare | -11.41 | 135.70 |
| New York State Income | -33.94 | 350.38 |
| New York Paid Family Leave | -4.02 | 47.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.60 |

| Net Pay | | $606.44 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 1.33 | 20.74 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 20.74 |
| Total Hours Worked | 49.50 | 635.00 |

Doing Business As

35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

Your federal taxable wages this period are $786.63
The accrued hours on your Sick Plan may not be available until your
90th day of employment

---

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

63-8413/2670

Payroll Check Number: 3999987
Pay Date: 04/22/2021

Pay to the order of: Krystel M Frearson
This amount: SIX HUNDRED SIX AND 44/100

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

THIS IS NOT A CHECK

$606.44

JPMorgan Chase Bank,
N.A.
2 Fifth Avenue
New York, NY 10010

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K8 / F4C 24569537 | 01/35248 | 3988538 | 1 of 1 |

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

# Earnings Statement

Period Starting: 04/02/2021
Period Ending: 04/08/2021
Pay Date: 04/15/2021

Business Phone: 585-266-2812

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 8325.94 |
| Overtime | 21.7500 | 2.05 | 44.59 | 128.98 |
| Holiday OT | | | 0.00 | 116.80 |
| Gross Pay | | | $624.59 | $8,571.72 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -62.01 | 834.47 |
| Social Security | -38.73 | 531.45 |
| Medicare | -9.06 | 124.29 |
| New York State Income | -24.26 | 316.44 |
| New York Paid Family Leave | -3.19 | 43.80 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.00 |

| Net Pay | $486.74 | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 1.33 | 19.41 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 19.41 |
| Total Hours Worked | 42.05 | 585.50 |

Doing Business As

35248A 7-Eleven
1581 Titus
Irondequoit, NY 14622

Your federal taxable wages this period are $624.59
The accrued hours on your Sick Plan may not be available until your
90th day of employment

MRC 414 Inc
1581 Titus
Irondequoit, NY 14622

63-8413/2670

Payroll Check Number: 3988538
Pay Date: 04/15/2021

Pay to the order of: Krystel M Frearson
This amount: FOUR HUNDRED EIGHTY SIX AND 74/100

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$486.74

THIS IS NOT A CHECK

Morgan Chase Bank,
2 Fifth Avenue
New York, NY 10010

Krystel M Frearson
158 Milford Street Apt 24
Rochester, NY 14615